# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CESAR AVENDANO,<br><br>　　　　Defendant. | Case No.: 16CR01060-JLS<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

　　Upon application of the United States Attorney, and good cause appearing therefrom,

　　IT IS HEREBY ORDERED that the Information in the above-captioned case is dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: September 21, 2016

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge